Certificate Number: 05781-ILN-DE-041241864

Bankruptcy Case Number: 26-10255



05781-ILN-DE-041241864

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 23, 2026, at 3:27 o'clock PM PDT, Gloria Espinosa completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   July 23, 2026                          By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President